# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128158
128159

MICHELLE GOWER, Personal
Representative of the Estate of
EDWIN GOWER, Deceased,
       Plaintiff-Appellant,

v

SC: 128158, 128159
COA: 256824, 257967
Ingham CC: 03-000299-NH

JAMES HARKEMA, M.D.,
CHRISTOPHER SEIP, M.D.,
BENJAMIN B. MOSHER, M.D.,
CHRISTOPHER ABOOD, M.D.,
TONIA REINCKE, PA-C,
SPARROW HOSPITAL,
GREG A. HOWELLS, M.D.,
KEITH BLUM, D.O.,
CHRISTINA MASER OHM, M.D.,
KEVIN KRAUSE, M.D.,
GREGORY NOWINSKI, M.D.,
JULIE STEIN, M.D., and
WILLIAM BEAUMONT HOSPITAL,
ROYAL OAK
       Defendants-Appellees,

and

GEORGE ARTHUR WILLIAMS, M.D.,
and ASSOCIATED RETINAL
CONSULTANTS, P.C.,
       Defendants.

_____/

On order of the Court, the application for leave to appeal the January 25, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

_____
Clerk